Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Derek L Coleman
Wanda C Coleman                                                      Case No. _____
                                       Debtor(s)          Chapter   13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ _____ 68.50_ Check one    ■ With the filing of the petition, or
                                     ☐ On or before _____

    $ _____ 68.50_ on or before   _____

    $ _____ 68.50_ on or before   _____

    $ _____ 68.50_ on or before   _____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date _September 26, 2007_            Signature   /s/ Derek L Coleman _____
                                                       Derek L Coleman
/s/ WILLIAM L. BALSLEY _____           Debtor
Attorney for Debtor(s)
WILLIAM L. BALSLEY
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111                          Signature   /s/ Wanda C Coleman _____
(815) 877-2593                                                Wanda C Coleman
Fax: (815) 877-7965                                  Joint Debtor
www.balsleylawoffice.com

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy